**DURYOL KIM; et al., Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–72376.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 2, 2011.*

Filed Aug. 10, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alex C. Park, Esquire, Santa Clara, CA, for Petitioners.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Joanne E. Johnson, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Duryol Kim, Joung Hee Kim, and their daughter Hyun Jung Kim, natives and citizens of South Korea, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

We reject petitioners' contention that the government failed to establish their removability by clear and convincing evidence, because petitioners conceded removability. *See Young Sun Shin v. Mukasey,* 547 F.3d 1019, 1024 (9th Cir.2008) ("[W]here the alien concedes removability, the government's burden in this regard is satisfied." (citation and quotation omitted)).

Petitioners' contention that the government should be equitably estopped from ordering their removal is unavailing. *See Sulit v. Schiltgen,* 213 F.3d 449, 454 (9th Cir.2000) ("[E]stoppel against the government is unavailable where petitioners have

not lost any rights to which they were entitled."); *cf. Salgado–Diaz v. Gonzales,* 395 F.3d 1158, 1165–68 (9th Cir.2005).

Petitioners' remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

